UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edwin Arthur Ehlers, II,

       Petitioner,

v.                                                                          Civil No. 13-2555 (JNE/FLN)
                                                                            ORDER

Denise Wilson, Warden,

       Respondent.

       In a Report and Recommendation dated July 17, 2015, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Petitioner's motion for a finding of uncontested facts be denied, that his petition for a writ of habeas corpus be denied, that his motion for summary judgment be denied as moot, and that this action be dismissed with prejudice. Petitioner objected. Respondent asserted the Report and Recommendation should be adopted. The Court has conducted a de novo review of the record. Notwithstanding Petitioner's assertions, Respondent did not admit Petitioner's factual allegations. The magistrate judge properly analyzed Petitioner's claims. The Court overrules Petitioner's objections and accepts the recommended disposition [Docket No. 22]. Therefore, IT IS ORDERED THAT:

1.     Petitioner's motion for a finding of uncontested facts and for summary judgment [Docket No. 17] is DENIED.

2.     Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Docket No. 1] is DENIED.

3.     This action is DISMISSED WITH PREJUDICE.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 10, 2015

                                 s/ Joan N. Ericksen
                                 JOAN N. ERICKSEN
                                 United States District Judge